



# New York City Police Department
## Omniform System - Arrests

RECORD STATUS: NYSID ENTERD  
Arrest ID: M06649734 H  
Arrest Location: INSIDE OF 38 WEST 138 STREET  
Pct: 032

Arrest Date: 06-25-2006  Processing Type: ON LINE  
Time: 22:02:00  DCJS Fax Number: M0040841  
Sector: D  Special Event Code: -  
  DAT Number: 0  
Stop And Frisk: NO  Return Date: 0000-00-00  
Serial #: 0000-000-00000

**COMPLAINTS:**  Arrest #: M06649734

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2006-032-04610 | 2006-06-26 | Reserved # for Arrest | 2006-06-25 | 21:05 |

**CHARGES:**  Arrest #: M06649734

| CHARGE | ATTEMPTZ | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.17 02 | F | D | 1 | CRIM TRESP W/POSS FIRARM&AMMO |
| #02 | No | PL 221.25 | F | D | 1 | CRIM POSS MARIHUANA-2ND:16 OZ |
| #03 | No | PL 265.02 01 | F | D | 1 | CRIM POSS WEAP-3RD:PREV CONV |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**  Arrest #: M06649734

AT T/P/O DEF REMAINED UNLAWFULLY IN PREMIS WITH LARGE QUANTITY OF MARIJUANA, DRUG PARA, FIREARM, AMMUNITION, GRAVITY KNIFE, AND SWITCH BLADE

**DEFENDANT: INNOCENT, JIMMY D**  NYSID #: 7635647N  Arrest #: M06649734

Nickname/Maiden:  Height: 5FT 7IN  Order Of Protection: NO  
Sex: MALE  Weight: 170  Issuing Court:  
Race: BLACK  Eye Color: BROWN  Docket #:  
Age: 30  Hair Color: BLACK  Expiration Date:  
Date Of Birth: 08/12/1976  Hair Length: SHORT  Relation to Victim: UNKNOWN/NONE  
U.S. Citizen: YES  Hair Style: CLOSE CUT  Living together: NO  
Place Of Birth: USA  Skin Tone: MEDIUM  Can be Identified: NO  
Need Interpreter: NO  Complexion: CLEAR  
Language:  
Accent: NO  Soc. Security #:  
  Occupation: UNKNOWN  Gang Affiliation: NO  
Physical Condition: APPARENTLY NORMAL  Lic/Permit Type:   Name:  
Drug Used: MARIJUANA/HASHISH  Lic/Permit No:   Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 264 COUNTY CENTER RD | WHITE PLAINS | NEW YORK | 10603 |  | 000 |

Phone # and E-Mail Address

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee:  On Duty:  
Development:  N.Y.C. Transit Employee:

Physical Force: NONE  Gun:  Used Transit System: NO  
Weapon Used/Possed: NONE  Make:  Station Entered:  
Non-Firearm Weapon:  Color:  Time Entered:  
Other Weapon Description:  Caliber: 22 CAL  Metro Card Type:  
  Type: PISTOL, REVOLVER  Metro Card Used/Poses:  
  Discharged: NO  Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - WHITE |
| CLOTHING | OUTERWEAR - T SHIRT OR TANK TOP - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

000142

NYC 000263

**JUVENILE DATA**  Arrest #: M06649734

Juvenile Offender:  Relative Notified:  Personal Recog:

http://omniform2.8x88/cgi-bin/tbl.cgi/chiweb.exe?RIE=w=VIEW+RST&APPID=M06649734+13+1910

Number of Priors: 0    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

### ASSOCIATED ARRESTS:

Arrest #: M06649734

| ARREST ID | COMPLAINT # |
|---|---|
| M06649728 | 2006-032-04610 |
| M06649730 | 2006-032-04610 |
| M06649737 | 2006-032-04610 |
| M06649739 | 2006-032-04610 |
| M06649742 | 2006-032-04610 |

### DEFENDANTS CALLS:

Arrest #: M06649734

| CALL # | NUMBER DIALED | NAME CALLED | DATE | TIME |
|---|---|---|---|---|
| 1 | | REFUSED | 06/25/2006 | 22:02 |

### INVOICES:

Arrest #: M06649734

| INVOICE # | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| N219968 | 032 | MARIJUANA/HASHISH | UNKNOWN |
| N219969 | 032 | FIREARMS/WEAPONS | UNKNOWN |

### ARRESTING OFFICER: POM BRIAN D MOORE

Arrest #: M06649734

Tax Number:
Other ID (non NYPD):
Shield: 10610
Department: NYPD
Command: 032 PCT Primary Assignment

On Duty: YES
In Uniform: YES
Squad: C3
Chart: 3a

Force Used: NO
Type:
Reason:
Officer Injured: NO

| Arresting Officer Name | Tax # | Command | Agency |
|---|---|---|---|
| POM MOORE, BRIAN D | | 032 PCT | NYPD |
| Supervisor Approving | Tax # | Command | Agency |
| SGT SIANI | | 032 | NYPD |
| Report Entered By | Tax # | Command | Agency |
| SGT SIANI | | 032 | NYPD |

### END OF ARREST REPORT
### M06649734



Print This Report