


# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT

| Report Cmd: 032 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, Initial Arrests made | Complaint # 2006-032-04610 |
|---|---|---|---|

**Occurrence Location:** INSIDE OF 38 WEST 138 STREET
Name Of Premise:
Premises Type: GROCERY/BODEGA
Location Within Premise:
Visible By Patrol?: YES

Precinct: 032
Sector: D
Beat: 8
Post: 58

**Occurrence From:** 2006-06-25 21:05 SUNDAY
Occurrence thru: 2006-06-25 21:30
Reported: 2006-06-26 01:15
Complaint Received: PICK-UP

Aided #
Accident #
O.C.C.B. #

SEALED                                                                                                    SEALED

**Classification:** CRIM POSS WEAPON
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 782 WEAPONS, POSSESSION, ETC
PL Section: 26501
Keycode: 236 DANGEROUS WEAPONS

**Case Status:** CLOSED
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
File #:
Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO | | |
|---|---|---|---|
| Gang Related? NO | Gang Intel Log #: | Name Of Gang: | DIR Required? NO | Child Abuse Suspected? NO |

SEALED                                                                                                    SEALED

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command: SSG SIANI 032 | Canvas Conducted: NO | Interpreter(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O - DEFENDANT DID REMAIN UNLAWFULLY IN PREMIS WITH AND IN POSSESSION
OF - LARGE QUANTITY OF MARIJUANA - DRUG PARA - FIREARMS - AMMUNITION -
GRAVITY KNIFE AND SWITCHBLADE KNIFE AND LARGE FEED CAPACITY MAGAZINE.

NYC 000209

SEALED                                                                                                    SEALED

No NYC TRANSIT Data for Complaint # 2006-032-04610

SEALED                                                                                                    SEALED

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 0 |
|---|---|---|---|

**VICTIM: # 1 of 1**
Nick/AKA/Maiden:
Sex/Type: PSNY

Name:
Gang Affiliation:
Name:

Complaint#: 2006-032-04610

000088

| | |
|---|---|
| Race: UNKNOWN | Identifiers: |
| Age: 0 | |
| Date Of Birth: UNKNOWN | Will View Photo: |
| Disabled? NO | Will Prosecute: |
| Need Interpreter: | Notified Of Crime Victim Comp. Law: |
| Language: | |
| N.Y.C.H.A Resident? | |

LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM

Phone #:

| Action against Victim: | Actions Of Victim Prior To Incident: |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |
| SEALED | SEALED |

### ARRESTS:   Complaint # 2006-032-04610

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M06649729 | ACTIVE | [redacted] | MALE | BLACK | 42 | 06/25/2006 |
| M06649734 | SEALED | INNOCENT, JIMMY | MALE | BLACK | 30 | 06/25/2006 |
| M06649736 | SEALED | [redacted] | MALE | BLACK | 49 | 06/25/2006 |
| M06649737 | ACTIVE | [redacted] | MALE | BLACK | 36 | 06/25/2006 |
| M06649739 | ACTIVE | [redacted] | MALE | BLACK | 52 | 06/25/2006 |
| M06649742 | SEALED | [redacted] | MALE | BLACK | 51 | 06/25/2006 |

SEALED                                                                              SEALED

### EVIDENCE:   Complaint # 2006-032-04610

| Evidence Collected?: YES | Evidence Collection Team/Crime Scene Requested?: YES |
|---|---|

| Evidence | Invoice # |
|---|---|
| NORTH AMERICAN ARMS CORP. 22 HANDGUN | N219989 |
| AMMUNITION | N219990 |
| SWITCHBLADE AND WATER PIPES | N219992 |
| MARIJUANA 5.6 1BS | N219988 |

SEALED                                                                              SEALED

### NOTIFICATIONS / ADDITIONAL COPIES:   Complaint # 2006-032-04610

Notifications to:

| Rank/Title | Name | Unit Agency | Log # |
|---|---|---|---|
| DET | WROTEN | NYPD-SQUAD | |

SEALED                                                                              SEALED

| Reporting/Investigating M.O.S. Name: POM BRIAN MOORE | Tax #: [redacted] | Command: 032 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: LT JOSEPH ODEA | Tax #: [redacted] | Command: 032 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: PAA RAWLES | Tax #: [redacted] | Command: 032 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT JAIKISSOON | Tax #: [redacted] | Command: 032 PCT | Rep.Agency: NYPD |

SEALED                                                                              SEALED

  

# END OF COMPLAINT REPORT
# # 2006-032-04610

Print this Report

000030