**REQUEST FOR LABORATORY EXAMINATION**
PD 521-161 (Rev. 9-89)-95
(See instructions on last copy)

**POLICE DEPARTMENT CITY OF NEW YORK**

INVESTIGATING/ARRESTING OFFICER (Print)
Rank: PO | Name (Surname, First, M.I.): Moore, Brian | TAX REG. No: [redacted] | COMMAND: 032 | COMP./CASE NO: 4610 | PCT: 032 | PROP. CLK. INV. NO: N219989

OFFENSES: C.P.W.
COMPLAINANT (Name): P.S.N.Y.

DATE, TIME OF OCCURRENCE: 6/25/06 @ 2202 hrs
ADDRESS OF OCCURRENCE: 31 W 138 street
TYPE OF PREMISES:

**DEFENDANT/SUSPECT**
Name: [redacted] | Arrest No: [redacted] | Pct: 032 | NYSID No: | Sex: M | Color: B | Age: | Height: 6'00" | Weight:

**DETAILS OF OFFENSE** (Include Relationship of Evidence to Case. When necessary, include physical description of complainant)

At t/p/o deft + 5 apprehended others were in possession of a firearm at the above location

**EVIDENCE SUBMITTED**

| Item No | Description | Ident Marks | Where Obtained |
|---|---|---|---|
| 1) | North American Corp .22 cal revolver; serial # B28221 | Initialed "B.M." | 2nd floor bedroom area of 31 W 138 st |
| 2) | Ten (10) .22 cal rounds | Initialed "B.M." | On top of desk @ 2nd floor 31 W 138 st |

**TYPE EXAMINATION REQUESTED** (Purpose of Request)

Ballistics

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☐ Yes ☒ No
Check section and give case no., if known.
☐ Lab Case No ☐ Crime Scene No ☐ Ballistics Unit No ☐ Bomb Squad No

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?
☐ Yes ☒ No   If Yes Complaint No _____ Pct _____ Lab Number(s) _____

REMARKS: (Any Information That May Aid in Analysis)

MEMBER SUBMITTING EVIDENCE
Rank: PO | Name: Moore, Brian | Tax Reg No: [redacted] | Cmd: 032

**LABORATORY USE ONLY**
☐ CRIM ☐ ARSON ☐ SER
☐ DOC ☐ BAL ☐ IDTU
Laboratory No. _____ Date _____ Received by _____

WHITE AND PINK COPIES — POLICE LABORATORY   BLUE COPY — PRECINCT FILE COPY

NYC 000107



# LETTER OF TRANSMITTAL-EVIDENCE

PD 521-152 (1-85)

DATE 06-26-06

PAGE 1 OF 1

From: Commanding Officer, 032 pct.
To: Commanding Officer, Police Laboratory
(Check one) ☐ Controlled Substance ☒ Firearms ☐ Other

Subject: EVIDENCE FOR ANALYSIS

| PROP CLK INV. NO | NARC ENV. NO SEAL NO | DESCRIPTION OF EVIDENCE (Make, Model, Cal., Serial No., Narcotics, Alcohol, etc.) | S.H. OFFICER | NARCOTIC CASES ONLY: COURT DISPOSITION OF DEFENDANT | NARCOTIC CASES ONLY: DOCKET NO | LABORATORY SERIAL NO |
|---|---|---|---|---|---|---|
| N219989 | E215312 | North American Corp. .22 cal. revolver; serial # B28221; 10 (ten) .22 cal. rounds | Sgt. [signature] | | | |

Removed ______

NARC. LOCKER SEAL NO.

Affixed ______

NOTE: A separate letter or transmittal is required for firearms, controlled substance, or other items of evidence.

Sgt. [signature] #4029
Desk Officer (Sig.)

Messenger (Sig.) Time Date

Police Laboratory Evid. Clerk (Sig.)

WHITE-LABORATORY COPY PINK-PROPERTY CLERK COPY BUFF-PRECINCT COPY

VG# 134984-L 503 W-955428

NYC 000108

MARIJUANA FIELD TEST REPORT MANHATTAN/ STATEN ISLAND
PD 321-140 (10-98)-RMU-Pent

TO BE USED IN MANHATTAN AND STATEN ISLAND ONLY
(DO NOT WRITE IN SHADED AREAS)

1 a. MARIJUANA FIELD TEST RESULTS: ☐ Positive ☐ Negative | b. Voucher # N[illegible]

c. Prisoners Last Name: [redacted] | First Name: [redacted] | Date of Arrest: [illegible] | Date of Birth: [illegible]

d. Were there any other controlled substances/marijuana seized or purchased that are associated with this voucher number? **If yes, list all companion voucher numbers.**

2 a. Testing Officers Name (Print): Sgt Sean Christopher | b. Command: 032 | c. Tax #: 919711 | d. Officer performing test has conducted 20 or more field tests: yes

e. Arresting Officers Last Name (Print): [illegible] | First Name: [illegible] | Command: 032 | Tax#: [illegible]

☐ Check here if same as Testing Officer

3 a. Drug Type/Field Test: Marijuana/Duquenois Levine Reagent | b. Quantity vouchered (Number and Description): Approx .5 [illegible]

4 CERTIFICATION: I hereby certify that I tested the above described substance (s) and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: [signature] #919711

5 **Supervisor assuring accuracy in the preparation of this Field Test Report:**

| Rank | Name (printed) | Signature | Tax # | Command |
|---|---|---|---|---|
| Sgt | S. Christopher | [signature] | 919711 | 032 |

NYC 000224

Dist: 1. White = District Attorney's Office 2. Blue = District Attorney's Office 3. Pink = Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy 5. Green = Command Copy

000103



Bhatia, V. TBG

POLICE LABORATORY CONTROLLED SUBSTANCE ANALYSIS REPORT

REPORT CATEGORY: Main

SECTION LABORATORY NO.: 06-CSAS-175980

| INVESTIGATING ARRESTING OFFICER (PRINT) Rank | Name (Surname, First, M.I.) | TAX REG. No. | COMMAND | PRECINCT | Prop. Clk. Inv |
| --- | --- | --- | --- | --- | --- |
| POLICE OFFICER MALE | MOORE BRIAN | [redacted] | 052 | PBMN -032 | N220101 |

DATE RECEIVED (month / day / year): Jun-27-2006 2:21 am

DATE OF REPORT (month / day / year): Jun-29-2006 10:29 am

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER [X] YES [ ] NO (See Remarks)

DEFENDANT(S)

[redacted] Age : 42 Years old

BUY OPERATION NO.(S)

RESULTS OF ANALYSIS

| Item(s) # | Quantity | Description | Amount | Identification |
| --- | --- | --- | --- | --- |
| 1 | 1 | Loose Veg. Matter | Net Weight. 42.0 grain(s) | Marihuana |

SUMMARY OF ITEMS

| Item(s) # | | |
| --- | --- | --- |
| 1 | Marihuana | Net Weight: 42.0 grain(s) |

REMARKS

LIST OF VOUCHERS (if multiple)

N/A

AR
MD
6/29/06

T60000

NYC 000212



CONTROLLED SUBSTANCE ANALYSIS WORKSHEET
PD521-154

POLICE LABORATORY

| LAB. NO. | VOUCHER NO. | CHEM. NAME (PRINT) | PAGE OF |
|---|---|---|---|
| DATE ASSIGNED | DATE | ENVELOPE NO. | CLASSIFICATION |
| DEFENDANT (S) / J. D. NAME | | | |

## DESCRIPTION & RESULTS

## TESTS PERFORMED

| ITEM NO. | Wagner | Marq | Co(SCN) & SnCl | HCl | AuCl | MECKE | FROEHDE | HgI | HgCl | DUQ/LEV | MICRO | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | 059093 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |



POLICE LABORATORY

# FIREARMS ANALYSIS SECTION
## FIREARM EXAMINATION REPORT

LABORATORY CLASSIFICATION: FIREARM EXAMINATION DATE: 6/28/2006

LAB # 06F 4422 N21998 VOUCHER No. 032 PCT VOUCHER CMD 200603204610 Comp. #

RECEIVED FROM: POLICE OFFICER (RANK) MOORE (NAME) [redacted] (TAX) 10610 (SHIELD) 032 PCT (COMMAND) 6/28/2006 (DATE RECEIVED)

☑ ARREST EVIDENCE ☐ INVESTIGATORY ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY ☐ OTHER INVOICE DATE: 6/26/2006

DEFENDANTS NAME: [redacted] NUMBER OF DEFENDANTS: 5 ARREST # M06649729

VICTIMS NAME: PSNY NUMBER OF VICTIMS: 1 DATE OF OCCUR: 6/25/2006

CALIBER: 22 LONG RIFLE MAKE: NORTH AMERICAN ARMS MODEL: MINI-REVOLVER

TYPE/ACTION: PISTOL, REVOLVER SERIAL No: B28221 ☒ DEFACED ☒ NONE

NYPD SEAL No: N/A MAGAZINE/CYLINDER TYPE: CYLINDER ASSAULT WEAPON CHARACTERISTICS ☐ Yes ☑ No

MAGAZINE/CYLINDER CAPACITY: 6 BARREL LENGTH: 1 1/4" OVERALL LENGTH: 4"

COLLAPSIBLE/FOLDING STOCK: NO FOLDED LENGTH: N/A FIREARM COLOR: WHITE

GRIP COLOR: WHITE STOCK COLOR: N/A RIFLING CHARACTERISTICS: 6R

EVIDENCE OF DISCHARGE PRESENT IN BORE: YES # OF CHAMBERS WITH EVIDENCE OF DISCHARGE: 6

COUNTRY OF ORIGIN: UNITED STATES IMPORTER: NONE

FULL AUTO NO FUNCTION TEST YES TEST FIRE NO FIREARM RESULTS ☐ OPERABLE ☑ INOPERABLE SEE REMARKS

AMMUNITION RECEIVED WITH GUN

| QUANTITY | AMMO CALIBER(S) | AMMO MFG (S) |
|---|---|---|
| 10 | 22 LONG RIFLE | WIN |

NYC 000217

AMMUNITION TESTED:

| EXAM ID MARK | AMMO CALIBER | AMMO MFG | PRIMER COLOR | CASING COLOR | BULLET DISCRIPTION | LOCATION AMMO IS FROM | OPERABLE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SOUND SUPPRESSION DEVICE ☐ Yes ☑ No

RESULTS: ☒ OPERABLE ☒ INOPERABLE SEE REMARKS

TRIGGER PULL TEST DOUBLE ACTION: ______ lbs. ☐ Yes ☑ No SINGLE ACTION: ______ lbs.

REMARKS: INOPERABLE ALTERATIONS, PHYSICAL DEFECTS, MISSING PARTS, FIREARM ASSEMBLY, ETC.

THE FIREARM LISTED ABOVE HAS BEEN TESTED AND IS NOT OPERABLE. ABOVE ITEM IS INOPERABLE AS RECEIVED DUE TO MISSING TRIGGER PIN. VERIFIED BY DET MANGAN *Det Mangan #4003*

ELECTRONIC TRANSMITTAL MEMORANDUM ... of ... pages. It is hereby certified that it is a true and unaltered copy. Transmitted ... *PO Lefel* *6/28/06*

RECEIPT CERTIFICATION ... I hereby certify that the report and electronic transmittal memorandum ... I have compared it with the above described report and that this report is a true and full copy of the original report made by the Firearms ... and false statements made herein are punishable as a Class "A" misdemeanor pursuant to section 210.45 of the Penal Law.

AP BY: [signature] DATE *06 28 06*

*Det Man #4003* DATE *6/28/06*

000096

Container Box 579 #48



REQUEST FOR LABORATORY EXAMINATION
PD 521-161 (Rev. 9-89)-95
(See instructions on last copy)

POLICE DEPARTMENT
CITY OF NEW YORK

| INVESTIGATING ARRESTING OFFICER (Print) Rank | Name (Surname First M.I.) | TAX REG No | COMMAND | COMP CASE No | PCT | PROP CLK INV No |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |

| OFFENSES | COMPLAINANT (Name) |
|---|---|
| [illegible] | [illegible] |

| DATE/TIME OF OCCURRENCE | ADDRESS OF OCCURRENCE | TYPE OF PREMISES |
|---|---|---|
| [illegible] | [illegible] | |

DEFENDANT, SUSPECT

| Name | Arrest No | Pct | NYSID No | Sex | Color | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| | [illegible] | | | | [illegible] | | [illegible] | |

DETAILS OF OFFENSE (Include Relationship of Evidence to Case. When necessary include physical description of complainant.)

[illegible]

EVIDENCE SUBMITTED

| Item No | Description | Ident Marks | Where Obtained |
|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] |
| 2) | [illegible] | [illegible] | [illegible] |

TYPE EXAMINATION REQUESTED (Purpose of Request)

Ballistics

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☐ Yes ☐ No

Check section and give case no., if known

☐ Lab Case No ________ ☐ Crime Scene No ________ ☐ Ballistics Unit No ________ ☐ Bomb Squad No ________

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?

☐ Yes ☐ No If Yes Complaint No ________ Pct ________ Lab Number(s) ________

REMARKS: (Any Information That May Aid in Analysis)

**NYC 000216**

MEMBER SUBMITTING EVIDENCE
Rank Name Tax Reg No Cmd

LABORATORY USE ONLY


POLICE
LABORATORY

# FIREARMS ANALYSIS SECTION

## FIREARM EXAMINATION REPORT

LABORATORY CLASSIFICATION: FIREARM EXAMINATION DATE: 6/27/2006

LAB # 06F 4396 N220110 VOUCHER No. 032 PCT VOUCHER CMD. 200603204610 Comp. # Other Agency Comp#

RECEIVED FROM: P.O. (RANK) MOORE,R (NAME) [redacted] (TAX) 10610 (SHIELD) 032 PCT (COMMAND) 6/27/2006 (DATE RECEIVED)

☑ ARREST EVIDENCE ☐ INVESTIGATORY ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY ☐ OTHER INVOICE DATE: 6/26/2006

DEFENDANTS NAME: [redacted] NUMBER OF DEFENDANTS: 6 ARREST # M06649729

VICTIMS NAME: PSNY PSNY NUMBER OF VICTIMS: 1 DATE OF OCCUR: 6/25/2006 Summons No:

CALIBER: 38 SPECIAL MAKE: SMITH & WESSON MODEL: 67

TYPE/ACTION: PISTOL, REVOLVER SERIAL No: 22K3462 ☐ DEFACED ☐ NONE

NYPD SEAL No: N/A MAGAZINE/CYLINDER TYPE: CYLINDER ASSAULT WEAPON CHARACTERISTICS ☐ Yes ☑ No

MAGAZINE/CYLINDER CAPACITY: 6 BARREL LENGTH: 6" OVERALL LENGTH: 11 1/2"

COLLAPSIBLE/FOLDING STOCK: NO FOLDED LENGTH: N/A FIREARM COLOR: SILVER

GRIP COLOR: BLACK STOCK COLOR: N/A RIFLING CHARACTERISTICS: 8R

EVIDENCE OF DISCHARGE PRESENT IN BORE: YES # OF CHAMBERS WITH EVIDENCE OF DISCHARGE: 6

COUNTRY OF ORIGIN: UNITED STATES IMPORTER: NONE

FULL AUTO NO FUNCTION TEST YES TEST FIRE YES

FIREARM RESULTS ☑ OPERABLE ☐ INOPERABLE SEE REMARKS

AMMUNITION RECEIVED WITH GUN

| QUANTITY | AMMO CALIBER (S) | AMMO MFG (S) |
|---|---|---|
| 6 | 38SPL,38SPL+P | ASSORTED |

AMMUNITION TESTED:

| EXAM ID MARK | AMMO CALIBER | AMMO MFG. | PRIMER COLOR | CASING COLOR | BULLET DISCRIPTION | LOCATION AMMO IS FROM | OPERABLE |
|---|---|---|---|---|---|---|---|
| FM2 | 38 SPECIAL | FED | BRASS | BRASS | CJ,FMJ | CASE | YES |
| FM3 | 38 SPECIAL | R-P | WHITE | BRASS | CJ,FMJ | CASE | YES |
| FM4 | 38 SPECIAL | R-P | WHITE | BRASS | CJ,FMJ | CASE | YES |
| 1FFM | 38 SPECIAL | FC | BRASS | BRASS | CJ,FMJ | FAS SUPPLY | YES |
| 2FFM | 38 SPECIAL | FC | BRASS | BRASS | CJ,FMJ | FAS SUPPLY | YES |

SOUND SUPPRESSION DEVICE ☐ Yes ☑ No

RESULTS: ☐ OPERABLE ☐ INOPERABLE SEE REMARKS

TRIGGER PULL TEST ☐ Yes ☑ No DOUBLE ACTION: ______ lbs. SINGLE ACTION: ______ lbs.

REMARKS: (INOPERABLE, ALTERATIONS, PHYSICAL DEFECTS, MISSING PARTS, FIREARM ASSEMBLY, ETC)

GUN AND AMMO TESTED OPERABLE. CTGS MARKED FM3 AND FM4 RETAINED AT FAS.

NYC 000218

AP by [signature] DATE [handwritten]

TF by ______ DATE ______

I hereby certify that I tested, examined, analyzed the above described items, and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law.



REQUEST FOR LABORATORY EXAMINATION
PD 521-161 (Rev 9-89) 95

POLICE DEPARTMENT
CITY OF NEW YORK

(See instructions on last copy)

| INVESTIGATING/ARRESTING OFFICER (Print) Rank | Name (Surname, First, M.I.) | TAX REG No | COMMAND | COMP/CASE No | PCT | PROP CLK INV No |
|---|---|---|---|---|---|---|
| PO | Moore B | [redacted] | 032 | 04610 | 32 | N220110 |

OFFENSES: CPW

COMPLAINANT (Name): PSNY

| DATE/TIME OF OCCURRENCE | ADDRESS OF OCCURRENCE | TYPE OF PREMISES |
|---|---|---|
| 06/26/06 | 31 W 138 st NY, NY | Commercial Bu |

DEFENDANT/SUSPECT

| Name | Arrest No. | Pct | NYSID No | Sex | Color | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| [redacted] +6 | M06649729 | 32 | | M | Bk | 42 | | |

DETAILS OF OFFENSE (Include Relationship of Evidence to Case. When necessary, include physical description of complainant.)

Above property recovered pursuant to search warrant.

EVIDENCE SUBMITTED

| Item No | Description | Ident. Marks | Where Obtained |
|---|---|---|---|
| 1 | ?MC 38 splt. cartridge | | 31 W 138 St |
| 2 | Federal 38 special cartridge | | |
| 3 | R.P 38 Splt cartridges | | |
| 4 | Winchester 38 spl t | | |
| 5 | F.C. 38 SPL+P | | |
| 6 | 38 special Firearm | | |

NYC 000219

TYPE EXAMINATION REQUESTED (Purpose of Request)

Ballistics / TEST FIRE FOR OPERABILITY / ENTER INTO IBIS

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☒ Yes ☐ No
Check section and give case no., if known. Inv. NO N219992 C# 4610 Inv NO 220113

☐ Lab Case No ______ ☐ Crime Scene No. ______ ☐ Ballistics Unit No ______ ☐ Bomb Squad No. ______

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?

☐ Yes ☒ No If Yes, Complaint No ______ Pct ______ Lab Number(s) ______

REMARKS: (Any Information That May Aid in Analysis)

MEMBER SUBMITTING EVIDENCE

| Rank | Name | Tax Reg No | Cmd |
|---|---|---|---|
| PO | Di... | [redacted] | 032 |

LABORATORY USE ONLY

000098

POLICE LABORATORY

# FIREARMS ANALYSIS SECTION

## FIREARM EXAMINATION REPORT

LABORATORY CLASSIFICATION: FIREARM EXAMINATION DATE: 6/27/2006

LAB # 06F 4395 N220113 032 PCT 200603204628

RECEIVED FROM: VOUCHER No. VOUCHER CMD. Comp. # Other Ageny Comp#

POLICE OFFICER (RANK) LUGO (NAME) [redacted] (TAX) 2061 (SHIELD) 032 PCT (COMMAND) 6/27/2006 (DATE RECEIVED)

☑ ARREST EVIDENCE ☐ INVESTIGATORY ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY ☐ OTHER INVOICE DATE: 6/26/2006

DEFENDANTS NAME: [redacted] NUMBER OF DEFENDANTS: 1 ARREST # M06649868

VICTIMS NAME: PSNY NUMBER OF VICTIMS: 1 DATE OF OCCUR: 6/26/2006 Summons No:

CALIBER: 357 MAGNUM MAKE: ROSSI MODEL: M743

TYPE/ACTION: PISTOL, REVOLVER SERIAL No: F047947 ☐ DEFACED ☐ NONE

NYPD SEAL No: N/A MAGAZINE/CYLINDER TYPE: CYLINDER ASSAULT WEAPON CHARACTERISTICS ☐ Yes ☑ No

MAGAZINE/CYLINDER CAPACITY: 6 BARREL LENGTH: 6" OVERALL LENGTH: 11"

COLLAPSIBLE/FOLDING STOCK: NO FOLDED LENGTH: N/A FIREARM COLOR: WHITE

GRIP COLOR: BLACK STOCK COLOR: N/A RIFLING CHARACTERISTICS: 6R

EVIDENCE OF DISCHARGE PRESENT IN BORE: YES # OF CHAMBERS WITH EVIDENCE OF DISCHARGE: 6

COUNTRY OF ORIGIN: BRAZIL IMPORTER: INTERARMS, ALEXANDRIA, VA

FULL AUTO NO FUNCTION TEST YES TEST FIRE YES FIREARM RESULTS ☑ OPERABLE ☐ INOPERABLE SEE REMARKS

AMMUNITION RECEIVED WITH GUN

| QUANTITY | AMMO CALIBER (S) | AMMO MFG. (S) |
|---|---|---|
| 6 | 357 MAGNUM | WIN,CCI |

NYC 000221

AMMUNITION TESTED:

| EXAM ID MARK | AMMO CALIBER | AMMO MFG. | PRIMER COLOR | CASING COLOR | BULLET DISCRPTION | LOCATION AMMO IS FROM | OPERABLE |
|---|---|---|---|---|---|---|---|
| JF2 | 357 MAGNUM | WIN | WHITE | WHITE | AJ,HP | CASE | YES |
| JF3 | 357 MAGNUM | WIN | WHITE | WHITE | AJ,HP | CASE | YES |
| JF4 | 357 MAGNUM | WIN | WHITE | WHITE | AJ,HP | CASE | YES |
| 1FJF | 357 MAGNUM | R-P | WHITE | BRASS | CJ,SP | FAS | YES |
| 2FJF | 357 MAGNUM | R-P | WHITE | BRASS | CJ,SP | FAS | YES |

SOUND SUPPRESSION DEVICE ☐ Yes ☑ No

RESULTS: ☐ OPERABLE ☐ INOPERABLE SEE REMARKS

TRIGGER PULL TEST ☐ Yes ☑ No DOUBLE ACTION: ______ lbs. SINGLE ACTION: ______ lbs.

REMARKS: (INOPERABLE, ALTERATIONS, PHYSICAL DEFECTS, MISSING PARTS, FIREARM ASSEMBLY, ETC)

THE FIREARM AND AMMO LISTED ABOVE HAS BEEN TESTED AND ARE OPERABLE. ITEMS MARKED JF3 & JF4 RETAINED AT FAS.

AR by: ______ DATE: 06 27 06

TF by: ______ DATE: ______

I hereby certify that I tested, examined, analyzed the above described items(s), and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a Class "A" misdemeanor pursuant to section 210.45 of the Penal Law.

Det III Jonathan Fox 579 FAS

FAS Form Rev. 2/1/02 Tuesday, June 27, 2006

000100

**REQUEST FOR LABORATORY EXAMINATION**
PD 521-161 (Rev. 9-89) 95
(See instructions on last copy)

**POLICE DEPARTMENT**
CITY OF NEW YORK

INVESTIGATING/ARRESTING OFFICER (Print)

| Rank | Name (Surname, First, M.I.) | TAX REG No. | COMMAND | COMP./CASE No | PCT. | PROP CLK. INV. |
|---|---|---|---|---|---|---|
| P.O. | LUGO, E | [redacted] | Ø32 | 004628 | Ø32 | N22011 |

OFFENSES: CPW I

COMPLAINANT (Name): PSNY

DATE/TIME OF OCCURRENCE: 06/26/06

ADDRESS OF OCCURRENCE: 31 W 138 ST, N.Y. N.Y.

TYPE OF PREMISES: COMMERCIAL

DEFENDANT/SUSPECT

| Name | Arrest No. | Pct | NYSID No. | Sex | Color | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| [redacted], [redacted] | M06649867M | Ø32 | | M | BK | 36 | 5'8 | 160 |

DETAILS OF OFFENSE (Include Relationship of Evidence to Case. When necessary, include physical description of complainant.)

ABOVE PROPERTY RECOVERED PURSUANT TO SEARCH WARRANT

EVIDENCE SUBMITTED

| Item No. | Description | Ident. Marks | Where Obtained |
|---|---|---|---|
| 1 | INTERARMS 357 MAGNUM SILVER | | 31 W138 ST |
| 2 | WINCHESTER 357 ROUNDS | | ↓ |
| 3 | CCI .357 MAG SILVER | | ↓ |

**NYC 000222**

TYPE EXAMINATION REQUESTED (Purpose of Request)

BALLISTICS / TEST FIRE FOR OPERABILITY / ENTER RESULTS into IBIS

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☒ Yes ☐ No

Check section and give case no., if known. INV. NO/N 219990 61* 4610 / N022011 61* 04610.

☐ Lab Case No. ________ ☐ Crime Scene No. ________ ☐ Ballistics Unit No. ________ ☐ Bomb Squad No ________

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?

☐ Yes ☒ No If Yes, Complaint No. ________ Pct ________ Lab. Number(s) ________

REMARKS: (Any Information That May Aid in Analysis)

[illegible] POSSIBLE FIREARM TEST FOR FINGERPRINT ANALYSIS PRIOR TO TEST FIRING

MEMBER SUBMITTING EVIDENCE

| Rank | Name | Tax Reg No | Cmd |
|---|---|---|---|
| P.O | LUGO, E | 932930 | Ø32 |

LABORATORY USE ONLY

☐ CRIM ☐ ARSON ☐ SER
☐ DOC ☐ BAL ☐ ICTU

Laboratory No ________ Date ________ Received by ________

000101

WHITE AND PINK COPIES—POLICE LABORATORY
BLUE COPY—PRECINCT FILE COPY

Bhatia, V. TB60

# POLICE LABORATORY CONTROLLED SUBSTANCE ANALYSIS REPORT

REPORT CATEGORY: Main

SECTION LABORATORY NO.: 06-CSAS-175981

| INVESTIGATING/ARRESTING OFFICER (PRINT) Rank | Name (Surname, First, M.I.) | TAX REG. No. | COMMAND | PRECINCT | Prop. Clk. Inv |
|---|---|---|---|---|---|
| POLICE OFFICER MALE | MOORE BRIAN | [redacted] | 032 | PBMN -032 | N22000C |

DATE RECEIVED (month / day / year) Jun-27-2006 2:21 am

DATE OF REPORT (month / day / year) Jun-29-2006 1:16 pm

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER [X] YES [ ] NO (See Remarks)

DEFENDANT(S)

[redacted] Age : 36 Years old

BUY/OPERATION NO.(S)

RESULTS OF ANALYSIS

| Item(s) # | Quantity | Description | Amount | Identification |
|---|---|---|---|---|
| 1 | 1 | Loose Veg. Matter | Net Weight: 2.5 grain(s) | Marihuana |

SUMMARY OF ITEMS

| Item(s) # | | |
|---|---|---|
| 1 | Marihuana | Net Weight: 2.5 grain(s) |

REMARKS

ITEM #1: VOUCHER LISTED " 2 SMALL BAG ALLEGED MARIHUANA" FOUND (2) TORNED BAGS WITH LOOSE VEG MATTER IN THE NARCOTICS ENVELOPE.

LIST OF VOUCHERS (if multiple)

N/A

Attn Richard

ELECTRONIC TRANSMITTAL MEMORANDUM

This Laboratory Report consists of 1 pages. It is hereby certified that it is a true and unaltered copy. Transmitted and Certified by: [signature] 6/30/06

RECEIPT CERTIFICATION

It is hereby certified that this report and electronic transmittal memorandum were received and certified by: [signature] On 06/29/06

NYC 000227

AR N.2 6/30/06

000106

CERTIFICATION - I hereby certify that I tested the above described substances and that this report is a true and full copy of the original report made by me. False statements made herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law.

Chemist Name (Print) DIANA VARGAS Signature [signature] D Vargas



CONTROLLED SUBSTANCE ANALYSIS WORKSHEET
PD521-154 (6-96)-pc1

POLICE LABORATORY

| LAB. NO. | VOUCHER NO. | CHEM. NAME (PRINT) | PAGE 1 OF |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | |
| **DATE ASSIGNED** | **DATE** | **ENVELOPE NO.** | **CLASSIFICATION** 5 |
| [illegible] | [illegible] | [illegible] | |
| **DEFENDANT (S) / J. D. NAME** Investigation | | | |

## DESCRIPTION & RESULTS

Original Received and Bag # [illegible] Verified. [illegible]
[illegible] # [illegible] SE # [illegible]

Item #1 Voucher listed as 2 small bag alleged Marihuana [illegible] bags with [illegible] veg matter [illegible]

Pre analysis wt of loose veg matter 2.5 gr

[illegible] Marihuana Present

wt Remaining of loose veg matter 1.9 gr

[illegible]

## TESTS PERFORMED

| ITEM NO | Wagner | Marq | Co(SCN)₂ & SnCl | PtCl | AuCl | MECKE FROEHDE | HgI | HgCl | DUQ/LEV | MICRO | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

000105

NYC 000226