CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Police Officer Brian Moore, Shield # 10610, Precinct 32 (i) that there is reasonable cause to believe that certain property, to wit:

a.  any and all guns, ammunition, clips, shell casings, gun cleaning kits, and holsters;

b.  marijuana, marijuana packaging, water pipes and other evidence of possession and distribution of marijuana including but not limited to paraphernalia used to process and distribute marijuana including but not limited to scales, records and documents reflecting marijuana transactions in any format including but not limited to stored electronic communications, data, information and images contained in computer disks, CD ROMs and hard drives, and counter-surveillance equipment including but not limited to cameras, audio microphones, monitors, remote buzzers, whistles and alarms, and scanners

c.  currency and other evidence of proceeds from marijuana sales and gun sales including but not limited to stored electronic communications, data, information and images contained in computer disks, CD ROMs and hard drives, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles, other financial receipts, and records;

d.  electronic communication equipment including but not limited to telephone bases and handsets, cellular telephones, answering machines, paging devices and related equipment including but not limited to auxiliary batteries, chargers, and wiring, and stored information, data, and images contained on or in said communication equipment including but not limited to stored names and numbers and recorded messages; and electronic security equipment and devices;

e.  evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises or other documents bearing the address of the target premises, identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal papers, tooth and hair brushes, and videotapes and photographs of persons;

may be found at 31 West 138th Street, New York, New York ("the target premises"), and (iii) that

5

there are grounds for entry at any time of the day or night.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m. or at any time of the day or night, to enter and to search 31 West 138th Street, New York, New York ("the target premises"), for the above described property, and if you find such property or any part thereof to bring it before the Court without unnecessary delay.

Further, this Court authorizes law enforcement personnel to videotape and photograph the interior of the target premises; to process the target premises for fingerprints; and to analyze, test, and in any way scientifically process the target premises and all the items seized.

Additionally, with respect to the stored electronic communications, data, information and images contained in computer disks, CD ROMs and hard drives, described above, this Court authorizes the retrieval of the above-described communications, data, information, and images, and print them or otherwise reproduce them by converting them or copying them into storage in another device.

This warrant must be executed within 10 days of the date of issuance.

　　　　　　　　　　　　　　　　　　　HON ABRAHAM L. CLOTT
　　　　　　　　　　　　　　　　　Judge of the Criminal Court

Dated: New York, New York

6/26/06

6

NYC 000073