Form 141C-531 CN55 ● 3JA54 ● 4AV) 55

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK, STATE OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

*Jimmy Innocent*
Defendant.

CERTIFICATE OF
AFFIRMATIVE
GRAND JURY ACTION

DOCKET NUMBER

*2006NY043022*

*Vimi Bhatia* , an Assistant District Attorney in
the County of New York certifies the Grand Jury has heard evidence in the above-captioned
case and has voted an indictment by a direction to file a prosecutor's information charging

*Jimmy Innocent*    with one or more crimes.

DATED:  *7/5/06*
New York, New York

Respectfully Submitted.

Robert M. Morgenthau
District Attorney
New York County

By:  *Vimi Bhatia*
Assistant District Attorney

OCT 1 6 2007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK



THE PEOPLE OF THE STATE OF NEW YORK

-against-

JIMMY INNOCENT,

Defendants.

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse

the defendants ██████████, ██████████████, JIMMY INNOCENT, ██████

██████ and ████████ of the crime of:

**CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE**, in

violation of Penal Law §265.03(1)(b), an armed felony, committed as follows:

The defendants ██████████ ██████████ JIMMY INNOCENT,

██████████ and ██████████ in the County of New York, during the period from

on or about June 25, 2006 to on or about June 26, 2006, possessed a loaded firearm, to wit a .38

caliber Smith and Wesson revolver, with intent to use the same unlawfully against another.

NYC 000004

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ███████████ ████████████████, JIMMY INNOCENT, ██████ ██████, and ████████████ of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE**, in violation of Penal Law §265.03(1)(b), an armed felony, committed as follows:

The defendants ████████████ ████████████ JIMMY INNOCENT, ████████████ and █████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed a loaded firearm, to wit a .357 caliber Interarms revolver, with the intent to use the same unlawfully against another.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ████████████ and JIMMY INNOCENT of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE**, in violation of Penal Law §265.02(4), an armed felony, committed as follows:

The defendants ████████████ and JIMMY INNOCENT, in the County of New York during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed a loaded firearm, to wit a .38 caliber Smith and Wesson revolver, and such possession did not take place in the homes or places of business of the defendants.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ███████████, and JIMMY INNOCENT of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE**, in violation of Penal Law §265.02(4), an armed felony, committed as follows:

The defendants ████████████ and JIMMY INNOCENT in the County of New York during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed a loaded firearm, to wit a .357 caliber Interarms revolver, and such possession did not take place in the homes or places of business of the defendants.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants █████████, ████████ ███████████ JIMMY INNOCENT, ████████████, and ███████████ of the crime of **CRIMINAL POSSESSION OF MARIHUANA IN THE SECOND DEGREE**, in violation of Penal Law §221.25, committed as follows:

The defendants █████████████████████████████████ JIMMY INNOCENT, ███████████ and ███████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, knowingly and unlawfully possessed one or more preparations, compounds, mixtures and substances containing marihuana, and said preparations, compounds, mixtures and substances were of an aggregate weight of more than sixteen ounces.

**NYC 000006**

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ██████████ ████████████████ JIMMY INNOCENT, ████████ ████████ and ████████████ of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE**, in violation of Penal Law §265.01(1), committed as follows:

The defendants ██████████ ████████████ JIMMY INNOCENT, ████████ and ████████████ in the County of New York on or about June 25, 2006, possessed a switchblade knife.

SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant ████████████ of the crime of **CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE**, in violation of Penal Law §265.01(1), committed as follows:

The defendant ████████████ in the County of New York on or about June 25, 2006 possessed a gravity knife.

OCT 1 6 2006

*[signature]*

EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ██████████ ██████████ ██████████ JIMMY INNOCENT, ██████████ and ██████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ██████████ ██████████ ██████████ JIMMY INNOCENT, ██████████ and ██████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.

NINTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ██████████ ██████████ ██████████ JIMMY INNOCENT, ██████████ and ██████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ██████████ ██████████ ██████████ JIMMY INNOCENT, ██████████ and ██████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.

**NYC 000008**

TENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ████████ ████████ ████████████ JIMMY INNOCENT, ████████, and ████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ████████████ ████████ ████████████ JIMMY INNOCENT, ████████, and ████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.


ELEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ████████ ████████████ , JIMMY INNOCENT, ████████ and ████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION POSSESSION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ████████████ ████████████ JIMMY INNOCENT, ████████ and ████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.

OCT 1 6 2007

TWELFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ████████████████████████████████████ JIMMY INNOCENT, ████████████████, and ████████████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ██████████████ ████████████ ████████████████ JIMMY INNOCENT, ████████████████, and ████████████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.


THIRTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ██████████ ████████████ ████████████████ JIMMY INNOCENT, ████████████████ and ████████████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ██████████████ ████████████ ████████████████ JIMMY INNOCENT, ████████████████ and ████████████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.

NYC 000010

FOURTEENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendants ████████████  ████████████  ████████████ JIMMY INNOCENT, ████████████ and ████████████ of the crime of **UNLAWFUL POSSESSION OF AMMUNITION**, in violation of Administrative Code §10-131(i)(3), committed as follows:

The defendants ████████████  ████████████  ████████████ JIMMY INNOCENT, ████████████ and ████████████ in the County of New York, during the period from on or about June 25, 2006 to on or about June 26, 2006, possessed pistol and revolver ammunition while not authorized to possess a pistol and revolver within the City of New York.

ROBERT M. MORGENTHAU
District Attorney

OCT 16 2007

# 2nd GRAND JURY

PART 60    JUL 14 2006

Filed:

No. _____

WAIVED

2006NY043022

THE PEOPLE OF THE STATE OF NEW YORK

-against-

#1 JIMMY INNOCENT,
#2 J. INNOCENT,
#3 J. INNOCENT,
#4 J. INNOCENT,
#5 J. INNOCENT,
#6 J. INNOCENT,

Defendants



## INDICTMENT

CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, P.L. §265.03(1)(b), an armed felony - DEF
CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, P.L. §265.03(3), an armed felony - DEF
2 Cts
CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE, P.L. §265.02(4), an armed felony - DEF
CRIMINAL POSSESSION OF MARIHUANA IN THE SECOND DEGREE, P.L. §221.25 - DEF
CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE, P.L. §265.01(1) - DEF
CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE, P.L. §265.01(1) - DEF, G. CATO
UNLAWFUL POSSESSION OF AMMUNITION, A.C. §10-131(i)(3), 9 Cts

ROBERT M. MORGENTHAU, District Attorney

Foreman



Vinu Bhatia
Trial Bureau 60

ADJOURNED TO PART 60 ON 8/9/2006

NYC 000012