```
---------------------------------------------------------------x
In the Matter of the Claim of

JIMMY INNOCENT,

            -against-

THE CITY OF NEW YORK
---------------------------------------------------------------x
```

TO:   **CITY OF NEW YORK**
      **Corporation Counsel of the City of New York**
      **100 Church Street**
      **New York, New York**

    PLEASE TAKE NOTICE that the undersigned claimants hereby make claim and demand against the City of New York, as follows:

1. The name and post office address of each claimant and claimant's attorney is:

Jimmy Innocent
264 County Center Road
White Plains, NY 10602

Preston Wilkins & Martin -- Attorneys for Claimant
By: Gregory R. Preston
65 Broadway, Suite 508
New York, New York 10006
212809-0000

The Nature of the claim:

This is a claim for false arrest/ imprisonment and malicious prosecution, when Jimmy Innocent was arrested in or about May 2006 and charged with Criminal Possession of a Weapon in the Second Degree; Criminal Possession of a Weapon in the Third Degree; Criminal Possession of a Weapon in the Third Degree; Criminal Possession of Marihuana in the Second Degree and Criminal Possession of a Weapon in the Fourth Degree and Possession of Ammunition.

3. The time when, the place where and the manner in which the claim arose:

The claim arose on September 21, 2006, when the Hon. Renee A. White dismissed the indictment against Mr. Innocent based upon an absence of legally sufficient evidence establishing that Mr. Innocent constructively possessed any of the items of contraband recovered.

4. The items of damage or injuries claimed are:

| | |
|---|---:|
| Pain and Suffering | $1,000,000 |
| **TOTAL AMOUNT CLAIMED** | $1,000,000.00 |

The undersigned claimants therefore present this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimants intend to commence an action on this claim.

Dated: November 15, 2006

*/s/ Gregory R. Preston*
GREGORY R. PRESTON

*/s/ Gregory R. Preston*
Attorney for Claimants
PRESTON WILKINS & MARTIN
65 Broadway, Suite 508
New York, New York 10006
212 809-0000

## ATTORNEY VERIFICATION

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

Gregory R. Preston, an attorney duly licensed to practice before the Courts of the State of New York does hereby affirm and say:

I am the attorney for Claimant in this action and that the foregoing Notice of Claim is true to my own knowledge, except as to matters therein stated on information and belief and as to those matters he believes it to be true; that the grounds of his belief as to all matters not stated upon his knowledge are interviews, correspondence and other writings furnished to him by Claimant and that the reason why the verification is not made by Claimant is that Claimant is not in the county where I maintain my office.

Gregory R. Preston