# COPY OF TRANSCRIPT

50-H HEARING

INNOCENT, JIMMY

BLA#: 2007PI000435

015-220

- - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of
JIMMY INNOCENT,

-against-

THE CITY OF NEW YORK.

- - - - - - - - - - - - - - - - - - - - - x

44 Wall Street
New York, New York

February 2, 2007
3:07 p.m.

**EXAMINATION** of **JIMMY INNOCENT**, held at the above time and place, pursuant to Notice, taken before Stephanie Gonzalez, a reporter and Notary Public within and for the State of New York.

LEX#60022




REPORTING SERVICE, INC.
Professional Reporting Since 1980
Offices throughout New York and New Jersey • Toll Free 800-608-6085

A p p e a r a n c e s:

PRESTON, WILKINS & MARTIN, PLLC
Attorneys for Claimant
65 Broadway, Suite 508
New York, New York 10006
BY: GREGORY R. PRESTON, ESQ.

ARMIENTI, DEBELLIS & WHITEN, LLP
Attorneys for Respondent
44 Wall Street, 18th Floor
New York, New York 10005
BY: FANIA JEAN, ESQ.

Q While you were at the National Black Theater did you have any drinks?

A No.

Q While you were at the National Black Theater did you consume any drugs?

A No.

Q When you left the National Black Theater did you leave alone or with your friends?

A With my friend.

Q How did you get to the National Black Theater?

A Drove there.

Q Who drove?

A George Kato.

Q When you left where did you go?

A Left from where?

Q The National Black Theater?

A Back to 138th.

Q And you said it's 137th and 5th?

A Between 5th Avenue and Malcolm X.

Q What was at 138th between 5th and Malcolm X?

A His place.

Q Whose place?

A George Kato.

MS. JEAN: Off the record.

(Whereupon, a discussion was held off the record.)

Q Was George Kato's house an apartment or private house?

A It's a loft.

Q Is that his residence or used as a business?

A It's a kitchen downstairs, you know.

Q Is there a bedroom?

A No, just like a big loft, it has an upstairs.

Q How do you know George Kato?

A I know him for quite some time.

Q How did you come to know him?

A It's been years.

Q What floor does George Kato reside on?

A I don't know.

Q When you got to 138th between 5th and Malcolm X, how did you get to his house?

A It's a loft, you go inside.

Q You walk from the street?

A Yes.

Q Did you have to go up an elevator or stairs?

A Stairs to go upstairs.

Q What happened when you got there?

A Came from the party, went to sleep. Before I went to sleep I wanted to leave from there at that time and I just said I'll wait until tomorrow to leave. Went to sleep and I woke up, flashlight and handcuffs is on my wrists and a gun in my face, sleeping on some beanbag.

Q You were sleeping on a beanbag?

A Yes.

Q Who else was in the loft with you?

A Another man, an elderly person, he's about 50 something years of age.

Q Was he there before you got there?

A He was there before I got there.

Q Did you ever see this man before?

A Yes.

Q What's his name?

Q The building where this loft is, is it an occupied building or an abandoned building?

A It's an occupied building.

Q What happened to your friend Backhand, was he in the loft as well?

A Who?

Q Backhand.

A Yeah, he was outside of the building when everything happened.

Q But when you first went to the loft was Backhand with you?

A Excuse me?

Q When you first went to the loft was Backhand with you as well?

A Yes, we all went to the apartment.

Q When you went to George Kato's loft was he with you then?

A He was outside the building. He was standing outside the building.

Q When you first went to George Kato's loft he remained outside, he never came inside?

A No, he was inside, but he came

Q Then you said there were two other men on the lower level?

A Yes.

Q Who were they?

A Other friends of their friends who I met before.

Q Friends of whom?

A Of George Kato's.

Q And those two people were there before you got there?

A Yes.

Q They were there before you got there or came after?

A They were there before I got there.

Q When you woke up and had handcuffs on, did the police tell you why they put handcuffs on you?

A No.

Q What happened after you woke up?

A They search my pockets, took my money and I was telling him give me back my money, why you going in my pockets. Other police officers came around and talking to

them about it, he came back and put back my money.

Q How much money was it?

A $601.

Q Where did you get this $601 from?

A From my girlfriend.

Q When did you get that $601?

A I got $300 from my girlfriend.

Q When did you get that $300?

A The night.

Q What about the other $300, where did you get that from?

A Found the money.

Q The police officers that you saw in the loft were they uniformed or not?

A Uniform.

Q While they had you handcuffed were they looking around the loft?

A Yes, they were looking around the loft and he came to me while I was, other officers came to me was like I was telling them about this man, went in my pocket and took the money and he was telling me I didn't go in your pocket, I didn't go in your pocket.