UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

JIMMY INNOCENT,

      Plaintiff,

vs.

THE CITY OF NEW YORK, ET AL.,

      Defendants.

---

Civil Action No. 07 CV 4795 (NRB)

**ACCEPTANCE OF RULE 68 OFFER**

TO:   Michael A. Cardozo,
       Corporation Counsel of the City of New York
       BY: Susan P. Scharfstein
       100 Church Street
       New York, New York 10007

     **PLEASE TAKE NOTICE** that Jimmy Innocent hereby accepts Defendant's offer of Judgement in the amount of Ten Thousand and One Dollars ($10,001.00), plus reasonable attorneys' fees and costs to the date of this offer arising out of his federal claims asserted pursuant to 42. U.S.C. Section 1981.

Dated: New York, New York
       July 28, 2008

                                      PRESTON WILKINS & MARTIN

                                      BY: _____
                                        GREGORY R. PRESTON (GRP6138)
                                        65 Broadway, Suite 508
                                        New York, New York 10006

CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL [ILLEGIBLE] 2008 JUL 28 PM 3 49