UNITED STATES

**DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIMMY INNOCENT,<br><br>      Plaintiff,<br><br>      vs.<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>      Defendants. | Civil Action No. 07 CV 4795 (NRB)<br><br>**AFFIRMATION OF SERVICE** |

      GREGORY PRESTON, an attorney duly licensed to practice law in the Courts of the State of New York, hereby affirms under penalty of perjury:

      l.  I am over eighteen years of age, I am not a party to this proceeding, and I am a member of the firm Preston & Wilkins, 65 Broadway, 21st Floor, New York , New York 10006, the attorneys for Jimmy Innocent.

      2.  On the 28th day of July 2008, I served a Notice of Acceptance of Rule 68 Offer of Judgment by hand on each addressee listed below at each address listed below :

      New York City Corporation Counsel
      100 Church Street
      New York, New York  10007


Dated: New York, New York
       July 28, 2008                            PRESTON WILKINS & MARTIN

                                                                   BY:_____
                                                                      GREGORY R. PRESTON (GRP6138)
                                                                      65 Broadway, Suite 508
                                                                      New York, New York 10006