UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JIMMY INNOCENT,

               Plaintiff,

-against-                                                                                07 CV 4795 (NRB)

**RULE 68 OFFER OF JUDGMENT**

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, AND Unknown
Police Officers "JOHN DOE A-Z", individually and
in their capacities as Police Officers of the NYC
Police Department,

               Defendants.

------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York hereby offers to allow plaintiff Jimmy Innocent to take judgment against it in this action for the amount of Ten Thousand and One Dollars ($10,001.00), plus reasonable attorneys' fees and costs to the date of this offer arising out of his federal claims asserted pursuant to 42 U.S.C. § 1983.

This judgment shall be in full satisfaction of all federal and state claims or rights that plaintiff Jimmy Innocent may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants City of New York and the New York City Police Department, or any other official, employee, representative, or agent, either past or present, of the City of New York, or any agency thereof including, but not limited to, the New York City Police Department, in connection with the facts and circumstances that are the subject of this action.

2

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by defendants City of New York or the New York City Police Department, or any official, employee, representative, or agent of the City of New York, the New York City Police Department, or any other agency of the City of New York, or the City of New York; nor is it an admission that plaintiff Jimmy Innocent has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants City of New York and the New York City Police Department, their successors and assigns, and all past and present officials, employees, representatives, and agents of the City of New York, the New York City Police Department, or any other agency thereof, or the City of New York, from any and all claims under federal or state law that were or could have been alleged by plaintiff Jimmy Innocent in the above-referenced action. Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment. Plaintiff agrees that payment of $10,001 within 90 days of the date of acceptance of the offer shall be a reasonable time for such payment. The judgment shall contain and recite the terms and conditions set forth herein.

Dated:   New York, New York
         July 14, 2008

         MICHAEL A. CARDOZO
         Corporation Counsel of the City of New York
         Attorney for Defendants City of New York and the
         New York City Police Department
         100 Church Street
         New York, NY 10007
         (212) 227-4071

         By: _____
             SUSAN P. SCHARFSTEIN

To:      Gregory Preston, Esq.
         Preston Wilkins & Martin
         65 Broadway, Suite 508
         New York, NY 10006

3

Index No. 07 CV 4795 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY INNOCENT,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, AND Unknown Police Officers "JOHN DOE A-Z" individually and in their capacities as Police Officers of the NYC Police Department,

Defendants.

**RULE 68 OFFER OF JUDGMENT**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and the New York City Police Department*
*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Susan P. Scharfstein (SS 2476)*
*Tel: (212) 227-4071*
*NYCLIS No.:*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ........................................ *, 200 . . .*

........................................ *Esq.*

*Attorney for*........................................