UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X
JIMMY INNOCENT,

               Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,
               Defendants.
X------------------------------------------------X

07 CIV 4795 (NRB)

**JUDGMENT**

#08,1475

    Whereas defendants having offered to allow judgment to be taken against it by plaintiff in the total amount of $10,001.00, plus reasonable attorney fees and costs to the date of the offer; plaintiff's attorney having accepted the offer of judgment, it is,

    **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $10,001.00 as against the defendants.

DATED:  New York, New York
            August __, 2008

SO ORDERED

_____
USDJ

J. MICHAEL McMAHON
_____
Clerk of Court
BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____